# LASHGARI & ASSOCIATES, P.C.

Attorneys at Law
2470 WINDY HILL ROAD, SUITE 214
MARIETTA, GEORGIA 30067-8617

TELEPHONE: (770) 612-9400  FACSIMILE: (770) 612-9455
E-MAIL: LASHLAW@AOL.COM

David T. Lashgari

**VIA FIRST CLASS MAIL**
**VIA EMAIL: cjones@grsmb.com**
**VIA FACSIMILE: (404) 870-1041**

July 6, 2015

ATTN: Candis R. Jones, Esq.
Gray, Rust, St. Amand, Moffett & Brieske, LLP.
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326

    RE:    Medina Maxwell v. The Kroger Co.
             United States District Court,
             Northern District of Georgia
             Civil Action File No.: 1:14cv-04041 ELR

**Notice of Conflict for July 7, 2015**

1. *Elham Azinmehr & Babak Ghodrati v. Stephen Sabsowitz*
   Fulton County State Court
   Civil Action File No.:       15EV000573Y
   Deposition Date:             July 7, 2015
   Time(s):                     1:30 p.m. for Elham Azinmehr
                                3:30 p.m. for Babak Ghodrati
   Opposing Counsel:            Bryan Hausner

2. *Medina Maxwell v. The Kroger Co.*
   United States District Court
   Northern District of Georgia
   Civil Action File No.:       1:14cv-04041 ELR
   Deposition Date:             July 7, 2015
   Time(s):                     10:00 a.m. for Medina Maxwell
                                1:00 p.m. for Robert Chandler (Kroger Employee)
   Opposing Counsel:            Matthew Moffett and Candis Jones

Dear Ms. Jones:

    Please accept this letter as notice of a conflict with regard to my cases which are scheduled

Notice of Conflict
July 6, 2015
Page (2) of (2)

for depositions on Tuesday, July 7, 2015. I am lead counsel in each case affected and these matters can neither be adequately handled nor the clients' interests protected by other counsel for the parties in theses cases nor by the other attorneys in the undersigned law firm.

    I intend to attend the proceedings in the matter of <u>Elham Azinmehr and Babak Ghodrati v. Stephen Saboswitz,</u> Civil Action File No.: 15EV000573Y which was scheduled prior to *Medina Maxwell v. The Kroger Co.*

    Thank you for your attention to this matter.

    With kindest regards, I am,
    Sincerely,

*David T. Lashgari*
DAVID T. LASHGARI
Attorney at Law